IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | NO. 3:10-0403 |
| TERESA QUALLS, Revenue Agent of the Internal Revenue Service, | ) ) ) | JUDGE HAYNES |
| v. | ) ) | |
| ELIZABETH GURLEY, | ) ) | |
| Respondent. | ) | |

# ORDER

A hearing is set in this action for **Friday, July 9, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge